UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

Julie Zanotti and Ronese Brooks,
On Behalf of Themselves and All Other
Persons Similarly Situated

            Plaintiffs,

Index No: 18-cv-05893-NSR

-against-

Invention Submission Corporation d/b/a InventHelp, Technosystems Consolidated Corp., Technosystems Service Corp., Western Invention Submission Corp., Universal Payment Corporation, Intromark Incorporated, Innovation Credit Corp., Robert J. Susa, Invents Company, Invents Company, LLC, Global Express Manufacturing, Smithlilly Manufacturing; Zambro Manufacturing, Inc.,

            Defendants.

------------------------------------------------------------------X

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' request for an extension of time to file a Second Amended Complaint, the Court hereby **GRANTS** Plaintiffs' request.

Plaintiffs may file a Second Amended Complaint on or before July 23, 2020, and Defendants may file an Answer or otherwise respond on or before August 24, 2020.

IT IS SO ORDERED:

_____
The Honorable Nelson S. Román, U.S.D.J.

Clerk of the Court requested to terminate the motion (doc. 157).

DATED: White Plains, NY
July 6, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2020